UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| FRANCOISE MAKUIZA, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00044-LEW |
| | ) | |
| DERRICK STAMPER, et al., | ) | |
| | ) | |
| Defendants | ) | |

# ORDER TO SHOW CAUSE

Petitioner Francoise Makuiza filed a verified petition for a writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1).  According to the verified petition, Defendants are detaining Petitioner under circumstances that violate federal law and the Fifth Amendment.

Petitioner is detained in the State of Maine and therefore this Court is the appropriate court to consider his/her habeas petition.

Based on a review of the Petition and supporting documents, the removal of Petitioner from the State of Maine is HEREBY ENJOINED pending further proceedings so that the Court can assess the merits of the petition.

Respondents are ORDERED TO SHOW CAUSE as to why the petition for a writ of habeas corpus should not be granted. The response is due by 5:00 p.m. on January 27, 2026.  *See* 28 U.S.C. § 2243.  Petitioner may file a reply within two days of Respondents' response. *See id.*

SO ORDERED.

    Dated this 24th day of January, 2026.

                                                  /s/ Lance E. Walker
                                                  Chief U.S. District Judge